UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NAZARI POURIA,

                    Petitioner,

          v.

MARKWAYNE MULLIN, *et al.*,

                    Respondents.

CASE NO. 2:26-cv-01904-GJL

ORDER CONDITIONALLY
GRANTING MOTION FOR
COUNSEL AND STAYING
BRIEFING

Petitioner Nazari Pouria, proceeding *pro* se, initiated this 28 U.S.C. § 2241 action seeking immediate release from immigration detention. Dkt. 1.In his Petition for writ of habeas corpus, Petitioner alleges his sixteen-month long detention without a bond hearing is unconstitutional. *Id.*

Presently before the Court is Petitioner's Motion to Appoint Counsel. Dkt. 4. Having reviewed the Petition, the Court finds that, because of the complex issues involved, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Further, as required by statute, Petitioner has demonstrated financial eligibility for such appointment. *See* Dkt. 4 at 4–5.

Accordingly, Petitioner's Motion to Appoint Counsel (Dkt. 4) is **GRANTED** contingent on the identification of available and qualified counsel. In an effort to identify counsel, the Court

ORDER CONDITIONALLY GRANTING MOTION
FOR COUNSEL AND STAYING BRIEFING - 1

**REFERS** this matter to the Office of the Federal Public Defender for review and consultation with Petitioner. The Office of the Federal Public Defender is **REQUESTED to advise** the Court **on or before June 16, 2026**, whether it will seek appointment in this case pursuant to 18 U.S.C. § 3006A(a)(2)(B). If the Office of the Federal Public Defender enters a notice of appearance in this matter, it **MAY** file on Petitioner's behalf an amended petition for a writ of habeas corpus. The briefing schedule set forth in General Order 10-25 **SHALL APPLY** to any such amended petition filed on Petitioner's behalf.

Finally, the Court **STAYS** briefing on the Petition while efforts at identifying available and qualified counsel are ongoing. Thus, all deadlines to submit briefing on the Petition outlined in the Court's Scheduling Order (Dkt. 3) are **STAYED UNTIL** reinstated in a future order or **MOOTED** by the filing of an amended petition. All other terms and conditions of the Scheduling Order remain in effect.

The Clerk of Court is **DIRECTED to** send a copy of this Order to the Office of the Federal Public Defender and to Petitioner.

Dated this 9th day of June, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER CONDITIONALLY GRANTING MOTION
FOR COUNSEL AND STAYING BRIEFING - 2