UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NAZARI POURIA,

                    Petitioner,

        v.

MARKWAYNE MULLIN, *et al.*,

                    Respondents.

CASE NO. 2:26-cv-01904-GJL

ORDER REINSTATING BRIEFING SCHEDULE

On June 9, 2026, the Court conditionally granted Petitioner's Motion for Counsel and referred this matter to the Office of the Federal Public Defender. Dkt. 6. The Court also stayed further briefing pending the appearance of counsel and filing of any amended petition. *Id.* As an attorney for the Office of the Federal Public Defender has now entered a notice of appearance on Petitioner's behalf, Dkt. 8, the Court **REINSTATES** the briefing schedule in this case as follows:

1.      Petitioner **SHALL** file **EITHER** a traverse in support of the pending Petition **OR** an amended petition **no later than July 6, 2026**.

2.      If Petitioner files an amended petition, the briefing schedule prescribed by General Order 10-25 **SHALL APPLY** to Respondents' amended response and any subsequent briefing.

ORDER REINSTATING BRIEFING SCHEDULE - 1

3.      If Petitioner elects not to amend and instead files a traverse in support of the current Petition, the current Return **SHALL** be noted for consideration on **July 6, 2026**.

Dated this 23rd day of June, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER REINSTATING BRIEFING SCHEDULE - 2